I H-11.Revised 8/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
:
    UNITED STATES OF AMERICA       :    ORDER APPOINTING COUNSEL
:    (Federal Defenders of New York, Inc.)
               - v -                  :
:    Docket # 19 MAG 2927
_Michael Avenatti_____  :
                            Defendant     :
:
------------------------------------------------ x

        Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

        Check one)    _____    all proceedings

                                __✓__    bail/presentiment only

                                _____    other (specify)  _Silvie Levine_____

        If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date  _3/25/19_____              /s/ _Katherine H. Parker_____
                                                          Signature of U.S. Judge or Magistrate Judge
                                                          or by order of the Court:

                                                          _____
                                                                   Clerk or Deputy

TO:    **CLERK OF COURT**
          **United States District Court**
          **Southern District of New York**

          Federal Defenders of New York, Inc.
          52 Duane Street, 10th Floor
          New York, New York  10007

Copy 1 -- Retain in Magistrate Judge File
Copy 2 -- To Federal Defenders of New York, Inc.
Copy 3 -- To U.S.D.C. Clerks Office ( Attn: C.J.A. Clerk)